1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WILLIAM GRANT CROOKS,   )  Case No. EDCV 10-00033 VAP (JCG)
                       )
           Petitioner,   )
                       )  **ORDER ADOPTING REPORT AND**
      v.           )  **RECOMMENDATION OF UNITED**
                       )  **STATES MAGISTRATE JUDGE AND**
SARLA GNANAMUTHU,     )  **DENYING CERTIFICATE OF**
Medical Director, Patton State  )  **APPEALABILITY**
Hospital,                )
                       )
         Respondent.  )
                       )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record.  No objections to the Report and Recommendation have been filed.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

     Accordingly, IT IS ORDERED THAT:

     (1) the Report and Recommendation is approved and adopted;

     (2) Judgment be entered denying the Petition and dismissing this action without prejudice; and

     (3) the Clerk serve copies of this Order and the Judgment on the parties.

     Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that jurists of reason would find it

1   debatable whether the Court was correct in its procedural ruling or whether the

2   petition states a valid claim of the denial of a constitutional right.  As a result, a

3   Certificate of Appealability ("COA") is denied.  *Slack v. McDaniel*, 529 U.S. 473,

4   484 (2000) (holding that when a court dismisses a petition on procedural grounds,

5   a COA should issue only when "a prisoner shows, at least, that jurists of reason

6   would find it debatable whether the petition states a valid claim of the denial of a

7   constitutional right *and* that jurists of reason would find it debatable whether the

8   district court was correct in its procedural ruling") (emphasis added).

9

10   DATED: _____          December 14, 2010

_____

11

12                                   HON. VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2