1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| | |
|---|---|
| WILLIAM GRANT CROOKS,<br><br>Petitioner,<br><br>v.<br><br>SARLA GNANAMUTHU, Medical Director, Patton State Hospital,<br><br>Respondent. | Case No. EDCV 10-00033 VAP (JCG)<br><br>**JUDGMENT** |

17
18       Pursuant to the Order Adopting Report and Recommendation of United States

19  Magistrate Judge, IT IS ADJUDGED that the above-captioned action is

20  **DISMISSED WITHOUT PREJUDICE**.

21
22  Dated: _December 14, 2010____

23                                                                      HON. VIRGINIA A. PHILLIPS
24                                                                      UNITED STATES DISTRICT JUDGE
25
26
27
28